UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COAST BANK OF FLORIDA,

    Plaintiff,

v.                                            CASE NO: 8:07-cv-1207-T-26TBM

OPTEUM FINANCIAL SERVICES, LLC,

    Defendant.
_____/

## O R D E R

Upon due consideration of Plaintiff's Motion to Remand (Dkt. 12) and Defendant's Memorandum in Response to Motion to Remand (Dkt. 16) in which Defendant consents to the remand of this case, it is **ORDERED AND ADJUDGED** as follows:

    (1)    Plaintiff's Motion to Remand (Dkt. 12) is **GRANTED**.

    (2)    Defendant's Motion to Dismiss (Dkt. 7) is **DENIED** as moot.

    (3)    The Clerk is directed to remand this case to the Twelfth Judicial Circuit in and for Manatee County, Florida.

    (4)    The Clerk is directed to close this file immediately after remand is effectuated.

**DONE AND ORDERED** at Tampa, Florida, on August 13, 2007.

                                            s/*Richard A. Lazzara*
                                            **RICHARD A. LAZZARA**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record